United States District Court
Southern District of Texas

**ENTERED**

June 22, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **JOSE ARMANDO MARTI PEDROSO,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-01033** |
| | § | |
| **MIGUEL VERGARA,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Pending before the Court is Jose Armando Marti Pedroso's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1), challenging the lawfulness of his detention by Immigration and Customs Enforcement (ICE) officials with the Department of Homeland Security (DHS). Petitioner alleges that he has lived in the United States for over two years after he entered in March of 2024. (*Id.* at 6, 11.) Additionally, Petitioner claims that he was detained by ICE on February 2, 2026, and has remained at the Rio Grande Processing Center in Laredo, Texas since that date. (*Id.* at 6, 10.)

The Court ordered Respondents to file a response to Petitioner's Habeas Petition on or before June 12, 2026. (Dkt. 5.) Respondents filed a timely Response and Motion for Summary Judgment. (Dkt. 6.) Respondents agree with Petitioner that he entered the United States in March of 2024. (*Id.* at 2.) However, Respondents state that "[t]he Government objects to any factual finding with respect to the assertions in the Petition that Petitioner has equities in the United States and is suffering from medical condition(s), *see* Dkt. 1 at 11, as Petitioner has not provided any evidence for the Court or the Government to consider." (*Id.*)

In light of the information before the Court, Respondents are **ORDERED** to file an advisory clarifying whether Petitioner was initially released from custody after he entered the United States in 2024, **on or before June 24, 2026**. If Petitioner was released from custody into the United States, Respondents shall inform the Court of the most recent date that they redetained Petitioner. Petitioner may file a reply to Respondents filing **on or before June 26, 2026.**

IT IS SO ORDERED.

SIGNED this June 22, 2026.

Diana Saldaña
United States District Judge